

# IN THE
# TENTH COURT OF APPEALS

## No. 10-16-00221-CR

## IN RE WILLIAM ARTHUR MCINTOSH

## Original Proceeding

## ORDER

William Arthur McIntosh's "Motion Requesting a Re-Hearing of Relators Writ of

Mandamus" filed on August 8, 2016 is denied.

PER CURIAM

Before Chief Justice Gray,
        Justice Davis, and
        Justice Scoggins
(Justice Davis would grant)
Motion denied
Order issued and filed September 7, 2016

